◈ PS 8
(4/01)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 24 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs. Piel, Kenneth Donald Stalker          Docket No. 0980 2:13CR02049-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 28th day of February, 2013, under the following condition:

**Condition 29:** Defendant shall participate in a program of GPS confinement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** As part of the GPS program, the defendant agreed to comply with the rules of the GPS program and signed a participant agreement on February 28, 2013. One such verbal rule was explained to the defendant multiple times, that he will need to charge his GPS unit for two consecutive hours daily. Despite repeated conversations and interventions by the probation office, the defendant consistently fails to keep his GPS unit charged creating extreme difficulties in effectively monitoring the defendant.

PRAYING THAT THE COURT WILL ORDER A SUMMONS to appear before Magistrate Judge Hutton.   TOR

ORDER OF COURT
Considered and ordered this 24th day of September, 2013 and ordered filed and made a part of the records in the above case.

_____
Thomas O. Rice
U.S. District Judge

Respectfully,
s/Carrie A. Valencia
Carrie A Valencia
U.S. Pretrial Services Officer

Place   Eastern District of Washington

Date  September 24, 2013