PROB 12C
(7/93)

Report Date: February 23, 2016

# United States District Court

для the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

2/23/16

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kenneth Donald Stalker Piel | Case Number: 0980 2:13CR02049-TOR-1 |
| Address of Offender: | Wapato, Washington 98951 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Court Judge

Date of Original Sentence: November 15, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Crime on Indian Reservation - Assault , 18 U.S.C. § 1153 & 113(a)(6) | | |
| Original Sentence: | Prison 33 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 12, 2016 | |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: February 11, 2019 | |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Mr. Piel tested positive for the use of an illegal drug, specifically cocaine, on February 16, 2016. |
| | On February 16, 2016, Mr. Piel submitted his initial drug test which returned presumptive positive for the use of cocaine.  The specimen was later confirmed positive for the presence of cocaine by Alere Toxicology Services. Although Mr. Piel claimed his girlfriend spiked his drink with cocaine, he signed an admission/denial drug use form where he denied using the substance.  Mr. Piel was offered the opportunity to address his chemical dependency issues by referring him for an assessment and follow up with recommended treatment but he denied having a drug problem. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Piel, Kenneth Donald Stalker**
**February 23, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 22, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

February 23, 2016

Date